[Crim. No. 2675.   First Dist., Div. Two.   Apr. 20, 1950.]

In re JOHN A. VALLINDRAS, on Habeas Corpus.

Gus C. Ringole for Petitioner.

THE COURT.—■ The petition for a writ of habeas corpus does not allege that there was no conflict in the evidence of petitioner's ability to pay under the order nor that there was no evidence supporting the finding. Such was the case found in *In re Johnson*, 92 Cal.App.2d 467 [207 P.2d 123].

The petition for a writ of habeas corpus is denied.